**UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF NextGen 1.7.1.1
Eastern Division**

Celia Castelaz, et al.
                              Plaintiff,

v.                                         Case No.: 1:22−cv−05713
                                                      Honorable Lindsay C. Jenkins

The Estee Lauder Companies Inc., et al.
                              Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, September 13, 2023:

      MINUTE entry before the Honorable Lindsay C. Jenkins: Status hearing held. ELC's motion to dismiss [39] is taken under advisement. Defendant Perfect's motion to dismiss [42] is entered and continued. Plaintiff shall respond by October 13, 2023; Defendant shall reply by November 3, 2023. By September 27, 2023, Plaintiff and Defendant ELC shall file a status report with updates as to discovery. Mailed notice. (jlj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.