## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Celia Castelaz, et al.

                         Plaintiff,

v.                                         Case No.: 1:22−cv−05713
                                            Honorable Lindsay C. Jenkins

The Estee Lauder Companies Inc., et al.

                         Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, December 20, 2023:

       MINUTE entry before the Honorable Lindsay C. Jenkins:Plaintiffs' motion for leave [62] is granted. The briefing on the pending motions to dismiss is now closed and the Court takes the motions [39] [42] under advisement. Mailed notice. (jlj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.