**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.7.1.1**
**Eastern Division**

Celia Castelaz, et al.
                                            Plaintiff,

v.                                                          Case No.: 1:22−cv−05713
                                                              Honorable Lindsay C. Jenkins

The Estee Lauder Companies Inc., et al.
                                            Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, January 10, 2024:

      MINUTE entry before the Honorable Lindsay C. Jenkins: Perfect's motion to dismiss for lack of personal jurisdiction [42] is granted. Defendant Perfect Corp. is terminated from the case. ELC's motion to dismiss for failure to state a claim [39] is granted. The Amended Complaint [32] is dismissed without prejudice. Plaintiffs may file a second amended complaint consistent with the Court's Order by or before February 8, 2024. See Order for further detail. In addition, Plaintiff and the ELC Defendants have already exchanged some discovery [52], but the Court requests that the parties confer and propose a complete fact discovery schedule by or before February 12, 2024. Mailed notice. (jlj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.